

# State of New Jersey
## OFFICE OF THE CORRECTIONS OMBUDSMAN
WHITTLESEY ROAD
P.O. BOX 855
TRENTON, NJ 08625

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

DAN DIBENEDETTI
*Corrections Ombudsman*

May 16, 2021

Tremayne Durham #OS01613467
New Jersey State Prison
PO Box 861
Trenton, New Jersey 08628

Dear Mr. Durham:

This correspondence will acknowledge your letter to this office dated April 29, 2021 regarding fans and staff.

I am unable to find a policy or mention in N.J.A.C. 10A regarding the use of fans on a housing unit. It is my understanding that the use, to include times are at the discretion of the custody staff working on the unit. The fans would be in use when there is a rise in temperature.

You may request the names of staff working on a housing unit during a particular date and shift by filing an Open Public Records Act Form. I have enclosed a blank form for your use.

I hope that you find this information to be of help to you.

Sincerely,

Melissa Matthews
Assistant Ombudsman

Enclosure(s)
C: File

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

March 15, 2021
Page 1
Office Visit

# TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

02/05/2021 - Office Visit: Soap for back pain,sleep problems
Provider: Robin Miller, MD
Location of Care: New Jersey State Prison-Main

## Vital Signs
Ht: **282** in.  Wt: **282** lbs.  inches

## Body Mass Index in-lb
**Height (in):** 282
**Weight (lb):** 282
**BMI (in-lb)** 2.50

## AST to Platelet Ratio Index (APRI)
SGOT (AST): 17
Platelets: 248 THOUSAND/UL

T: **97.5** deg F.  R: **16**  BP: **123/79**
 Apical Pulse rate: 64  **Pulse Ox:** 98
Blood Pressure: 123/79 mm Hg

## Peak Flow

## Orientation Level
Oriented to time? Yes
Oriented to place? Yes
Oriented to person Yes

## Doctor Visit: subjective

## From Doctor Visit
Referral Source: clinic
Dr Visit Chief Complaint: renew motrin 800 for his djd back.crt ok 10/20 labs.he has trouble sleeping at night for the big fans blowing at night,]Says they dont't sellearplugs in comissary.
Reason for Visit: Sick Call
Mental Health High-Risk Inquiry Incident:

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

## Neck
**Neck:** supple, no masses, trachea midline
**Thyroid:** no nodules, masses, tenderness, or enlargement

## Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

New Jersey State Prison-Main
Trenton, NJ
Fax:

*March 15, 2021*
*Page 2*
*Office Visit*

## TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

### Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

### Lymphatic
**Neck:** no cervical adenopathy

### Musculoskeletal
**Gait and station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Spine, ribs, pelvis:** some d/c in low back more internal uses a cane

### Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

Medications:

IBUPROFEN 800 MG TABS (IBUPROFEN) take 1 po bid prn back pain

### Plan:
djd with moderate facet arthropathy l4-5,l5-S1 by mricontinue motrin800mg bid check bmp in 3 months

trouble sleeping with loud ceiling fan in west wing nothing can offer him

### Disposition
**Disposition:** return for followup
**Return in:** Prn

### Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

### Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
IBUPROFEN 800 MG TABS (IBUPROFEN) take 1 po bid prn back pain

**Discontinued Medications & Immunizations**
IBUPROFEN 800 MG TABS (IBUPROFEN) take 1 tab po BID prn for pain x 14 days

Exhibit B-3

Declaration of: Ewart M. Guillette

Pursuant to 28 U.S.C. §1746, I Ewart M. Guillette declare under the penalty of perjury the following is true and correct.

I Ewart M. Guillette am housed at New Jersey State Prison on 2 Left housing unit at cell #118.

① While on 2 Left housing unit on march 11, 2021 I overheard OFC J. Byturk laughing and telling a inmate Durham has been complaining about everything and even vermin and insects in his cell I'm not calling any exterminator this is the third time he asked me this year.

② On march 12, 2021, on 2 Left O.F.C. R. Goodwin and OFC L. Jovanovic walked by my cell saying we don't have to call a exterminator for Durham, thats his problem

Dated: June 29, 2021

Ewart yrself
Ewart Guillette

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*March 15, 2021*
Page 1
Office Visit

# TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

03/08/2021 - Office Visit: Sick Call diarhea x 2 weeks on and off
Provider: Robin Miller, MD
Location of Care: New Jersey State Prison-Main

## Vital Signs
Ht: **73** in.  Wt: **278** lbs.  inches

## Body Mass Index in-lb
**Height (in):** 73
**Weight (lb):** 278
**BMI (in-lb)** 36.81

## AST to Platelet Ratio Index (APRI)
**SGOT (AST):** 17
**Platelets:** 248 THOUSAND/UL

T: **98.4** deg F.  R: **16**  BP: **122/80**
 Apical Pulse rate: 79  Pulse Ox: 98
Blood Pressure: 122/80 mm Hg

## Peak Flow

## Orientation Level
Oriented to time? Yes
Oriented to place? Yes
Oriented to person Yes

## Doctor Visit: subjective

## From Doctor Visit
**Referral Source:** clinic
**Dr Visit Chief Complaint:** diarhea on and off for 2 weeks.He atributes it to drinking the water in the cell.he avoids milk productsas he is lactose intolerant.he needs his cane pass renewed .
**Reason for Visit:** Sick Call
**Mental Health High-Risk Inquiry Incident:**

## Physical Exam
**General appearance:** well nourished, well hydrated, no acute distress

### Respiratory
**Respiratory effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes

### Cardiovascular
**Auscultation:** S1, S2, no murmur, rub, or gallop
**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

New Jersey State Prison-Main
Trenton, NJ
Fax:

*March 15, 2021*
*Page 2*
*Office Visit*

# TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

### Gastrointestinal
**Abdomen:** soft, non-tender, no masses, bowel sounds normal

### Lymphatic
**Neck:** no cervical adenopathy

### Musculoskeletal
**Gait and station:** normal, can undergo exercise testing and/or participate in exercise program
**Digits and nails:** no clubbing, cyanosis, petechiae, or nodes
**Head and neck:** normal alignment and mobility

### Skin
**Inspection:** no rashes, lesions, or ulcerations

### Mental Status Exam
**Orientation:** oriented to time, place, and person

### Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

Medications:

LOPERAMIDE HCL 2 MG CAPS (LOPERAMIDE HCL) take 2 po up to bid prn diarrhea

### Plan:
diarrhea lopramide 2mg 2 po up to bid prn diarrhea
cane pass for 1 year for back pain and knee pain

### Disposition
**Disposition:** return for followup
**Return in:** Prn

### Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

### Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
LOPERAMIDE HCL 2 MG CAPS (LOPERAMIDE HCL) take 2 po up to bid prn diarrhea

**New Jersey State Prison-Main**
  Trenton, NJ
  Fax:

*March 15, 2021*
*Page 3*
*Office Visit*

**TREMAYNE DURHAM**
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**Labs, Consults, Tests&Procedures, Clearances, Restrictions, Referrals, etc.**
Other Restrictions [S099]

**Electronically Signed by Robin Miller, MD on 03/08/2021 at 1:29 PM**

Exhibit B-7

Civil Action No. _____

Pursant to 28 U.S.C. section 1746, I, Brian Killion, declare under the penalty of perjury the following is true and correct:

1. I, Brian Killion, 874099/534343E, am incarcerated at New Jersey State Prison in 2 Left cell 104.

2. Since I have been on 2 Left, regular correctional staff and C.O. Julio Esquilan have opened doors and windows in addition to turning off heaters despite the outdoor temperature being under 40°F and interior temperature under the Department of Corrections minimum of 66°F.

3. On a regular basis during cold weather, the wall mounted fans and floor stand fans are turned on where the interior temperature is below 66°F since at least 2019 to present.

4. The use of said fans is also used to drown out noise and calls for assistance of correctional staff by prisoners and staff alike and is exacerbated by Esquilan's yelling; banging pipes, door bars and other various items on the wing since at least 2019 to present.

Dated: February 4, 2021

Brian Killion

CIVIL ACTION No. _____

Pursuant to 28 U.S.C. section 1746, I Roberto Grillo declares the following is true and correct under the penalty of perjury.

1) I, Roberto Grillo SBI # 609227-C, Inmate # 1195482 am incarcerated at New Jersey State Prison. I am housed on 2 Left 164 Cell.

2) Since being on the unit 2 Left I have been extremely cold because windows in front of my cell and throughout the unit are left open. This occurred during January 19 – March 9, 2021. On numerous days I have not been able to do my legal work because of the cold. The heat has also been off regularly when temperatures were under 40°. When I tried to get extra blankets I was denied by staff.

3) On February 15, 2021 I told O.F.C. J. Akturk about the extreme cold condition and about the heat being turned off and about an extra blanket and she ignored me and walked away.

4) On March 11, 2021 I alerted O.F.C. L. Jovanovic about the fold and my need for an extra blanket he said "I will see what I can do", nothing was done.

5) On March 13, 2021 I told O.F.C. Z. Goodwin about the issues above and also about a window missing causing cold air to come in my cell he said "don't come to prison"

Sign: *[signature]*

Date: 4-13-2021