Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DECLARATION OF
Andre Mells

Civil Action No.

Pursuant to 28 U.S.C. 1746 I, Andre Mells, declare under penalty of perjury the following is true and correct.

1. I, Andre Mells #452119C, #871359 am incarcerated at New Jersey State Prison, I am housed on 2left 62 cell.

2. On Approximately August 28, 2020 I saw and heard correction officer Z. Goodwin tell another prisoner, the name I don't know, that since inmate Durham in 26 cell wants to write grievances and file lawsuits against correctional staff when I work no yard for him. And I will continue to destroy his cell whenever I search, I already broke his T.V., and threw away his legal papers and photos.

3. On approximately September 15, 2020 I overheard and saw c.o. L. Jovanovic tell a white inmate I hate blacks especially Durham who continues to write grievances and file lawsuits. I will continue to vandalize his cell when I search it, no kiosk for him, when I work.

Ucc1-308 Andre Mells
10·9·20

CO-90A

# DEPARTMENT OF CORRECTIONS
## AD-SEG INMATE INVENTORY SHEET

INMATE'S NAME: Durham, T.  
STATE #: 647007  
SBI #:  
DESTINATION: FROM: 4C/Property  TO: 7L 32/2  
INVENTORY OFFICER: K M⸝Eady (Print Name)  #BOXES/BAGS: 8   KM⸝Eady  9-25-15  
TRANSPORTING OFFICER: _____ (Print Name)  #BOXES/BAGS: _____

| Item | Auth. | Trans | Recv | Item | Auth. | Trans | Recv | Item | Auth. | Trans | Recv |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Appliances** | | | | **Stationary/Reading** | | | | **Commissary Items** | | | |
| Fan Massey | 1 | 1 | | Cards-Playing | 4 | | | Bowl | 1 | 1 | |
| Ice Chest Styro | 1 | 1 | | Envelopes (Level 1) | 20 | | | Candy | 15 | | |
| Ice Chips | 40 | 35 | | Envelopes (Level 2) | 100 | | | Cereal | 4 | | |
| Radio | 1 | | | Legal Papers | No Limit | ASST | | Chap Stick | 3 | 1 | |
| Serial # | | | | Letters | No Limit | ASST | | Cheese Spread | 10 | | |
| Cable Wire | 1 | | | Magazines | No Limit | ASST | | Chips / Popcorn / Pretzels | 6 | | |
| Television | 1 | | | Paperback Books | No Limit | 70 | | Cookies | 6 | | |
| Serial # | | | | Pens Security | 4 | | | Cough Drops | 4 | | |
| Typewriter | 1 | | | Photo Albums | 2 | 1 | | Crackers | 6 | | |
| Serial # | | | | Pictures | No Limit | ASST | | Cup | 1 | 1 | |
| W/P Monitor | 1 | | | Stamps (Level 1) | 20 | 8 | | Drink Mixes | 8 | | |
| Serial # | | | | Stamps (Level 2) | 40 | | | Honey Buns | 8 | | |
| Word Processor | 1 | | | **Toiletry Items** | | | | Laundry Bag | 1 | 2 | |
| Serial # | | | | After Shave | 3 | | | Nuts | 3 | | |
| Correctable Ribbons | 12 | | | Comb | 1 | 1 | | Peanut Butter | 4 | | |
| Ribbons | 12 | | | Cotton Swabs (Q-Tips) | 4 | | | Photo Cards | 9 | 5 | |
| Printwheels | 2 | | | Dentures Upper / Lower | 1/1 | | | Powdered Milk | 8 | | |
| Disk Case | 1 | | | Denture Adhesive | 2 | | | Rolaids | 3 | | |
| Disks | 20 | | | Denture Cleanser | 1 | | | Slim Jims | 15 | | |
| **Clothing** | | | | Denture Cup | 1 | | | Storage Bins | 5 | 5 | |
| Athletic Shirts | 9 | | | Deodorant | 3 | 3 | | Sugar | 3 | | |
| Bath Robe | 1 | | | Lotion | 4 | | | Sugar Substitute | 3 | | |
| Boots | 1 | | | Mouth Wash | 2 | | | Water | 6 | | |
| Gloves | 1 | | | Shampoo | 4 | 1 | | **Bedding** | | | |
| Gym Shorts | 2 | | | Shaving Cream | 3 | | | Blanket | 1 | | |
| Handkerchiefs | 5 | | | Soap | 3 | | | Pillow | 1 | | |
| Khaki Pants | 3 | 3 | | Soap Dish | 1 | | | Pillow Case | 1 | | |
| Khaki Shirts | 3 | 3 | | Tissues | 3 | | | Sheets | 2 | | |
| Knit Hat | 1 | 1 | | Toilet Paper | 3 | 3 | | I.D. | | 1 | |
| Overcoat | 1 | 1 | | Toothbrush | 2 | 2 | | Cooler has no lid from 4C. | | | |
| Pajamas | 2 | | | Toothpaste | 3 | 1 | | | | | |
| Shower Shoes | 2 | | | Towel | 1 | 1 | | | | | |
| Sneakers | 2 | 1 | | Wash Cloth | | | | | | | |
| Socks | 12 | 11 | | **Jewelry/Religious** | | | | | | | |
| Sweatpants | 2 | 1 | | Bible or Qur'an | 1 | 1 | | | | | |
| Sweatshirts | 2 | 1 | | Charm (Medal) | 1 | | | | | | |
| Thermal Bottoms | 2 | 1 | | Kuffi | 1 | | | | | | |
| Thermal Tops | 2 | 1 | | Necklace | 1 | | | | | | |
| T-Shirts | 12 | 7 | | Prayer Beads | 1 | | | | | | |
| Underwear | 12 | 10 | | Prayer Rug | 1 | | | | | | |
| | | | | Rings | 1 | | | | | | |
| | | | | Rosary | 1 | | | | | | |
| | | | | Watch | 1 | | | | | | |

Perishable items will not be inventoried or transferred

RECEIVING OFFICER: _____ (Print Name)  #BOXES/BAGS: 8   Signature   9-28-15  
INMATE: T. Durham  (I received the above listed items)  #BOXES/BAGS: _____   Signature   Date

Distribution: WHITE - Inmate (Sending Inst.); CANARY - Transporting Officer;

Exhibit C-1

| FORM 943-1 | NEW JERSEY | Revised |
| N.J.A.C. 10A:2 | DEPARTMENT OF CORRECTIONS | 6/17/96 |

## INMATE CLAIM FOR LOST, DAMAGED OR DESTROYED PERSONAL PROPERTY
## RECLAMO DEL CONFINADO POR LA PROPIEDAD PERSONAL PERDIDA, DAÑADA O DESTRUIDA

**Please Print or Type**
[Sírvase usar letras de molde o máquina de escribir]

Correctional Facility [Institución de Corrección]: **New Jersey State Prison**

1. Printed name of inmate: **Tremayne Durham**   Number: **647007**   Housing unit: **4 right**

2. Date of incident: **On or about 4/21/21**

3. Claim against which correctional facility: **New Jersey State Prison**

4.

| ITEM | FULL DESCRIPTION OF ITEM | PURCHASE PRICE | ESTIMATED PRESENT VALUE | SUGGESTED AMOUNT FOR SETTLEMENT OF CLAIM |
|---|---|---|---|---|
| (a) photos | family, mother, wife, etc friends | $ N/A | $ priceless | $ 900,000 |
| (b) legal mail | clearly marked legal mail exhibits, etc | $ N/A | $ priceless | $ 900,000 |
| (c) | | $ | $ | $ |

5. Name and address of store(s) and date of purchase for each item.
N/A

6. Please list here attached documents supporting your claim, including receipts.
Dept of Corrections Ad-seg inmate inventory sheet dated 9/25/15

7. Manner in which item(s) was lost, damaged or destroyed (Explain in detail).
Destroyed/stolen by S.F.C. Z. Goodwin, S.F.C. L. Jovanovic

8. Names of witnesses to incident.
Roberto Grillo #609227C   Andre Mells #452119C
Ewart Guillette #128139E

9. If repairs are required, give name of person who will make repairs and attach a copy of estimate.

I certify that the information contained in this claim is true and accurate.

Signature of inmate: *Tremayne Durham*   Date: **4/22/21**

NOTE: This form must be submitted to the Superintendent within 15 days of the incident or discovery of the incident. All of the information requested above must be supplied in order to process the claim.

USE ADDITIONAL SHEETS OF PAPER WHEN NECESSARY [USE HOJAS ADICIONALES CUANDO SEA NECESARIO]
WHITE - CORRECTIONAL FACILITY CLAIMS COMMITTEE   CANARY - INMATE

FORM 943 - I  
N.J.A.C. 10A:2

**NEW JERSEY**  
**DEPARTMENT OF CORRECTIONS**

Revised  
6/17/96

## INMATE CLAIM FOR LOST, DAMAGED OR DESTROYED PERSONAL PROPERTY
### RECLAMO DEL CONFINADO POR LA PROPIEDAD PERSONAL PERDIDA, DAÑADA O DESTRUIDA

**Please Print or Type**  
[Sírvase usar letras de molde o máquina de escribir]

Correctional Facility [Institución de Corrección]: New Jersey State Prison

1. Printed name of inmate: Tremayne Durham   Number: 647007   Housing unit: 1 right
2. Date of incident: 10/23/20
3. Claim against which correctional facility: New Jersey State Prison

4. 

| ITEM | FULL DESCRIPTION OF ITEM | PURCHASE PRICE | ESTIMATED PRESENT VALUE | SUGGESTED AMOUNT FOR SETTLEMENT OF CLAIM |
|---|---|---|---|---|
| (a) legal mail | clearly marked legal mail | $ | $ n/a | $100,000 |
| (b) photos | family/friends photos | $ | $ priceless | $100,000 |
| (c) | | $ | $ | $ |

5. Name and address of store(s) and date of purchase for each item.  
n/A

6. Please list here attached documents supporting your claim, including receipts.

7. Manner in which item(s) was lost, damaged or destroyed (Explain in detail).  
Destroyed/stolen by Ofic. Z. Goodwin during cell search.

8. Names of witnesses to incident.  
Z Goodwin

9. If repairs are required, give name of person who will make repairs and attach a copy of estimate.

I certify that the information contained in this claim is true and accurate.

Signature of inmate: Tremayne Durham   Date: 10/25/20

NOTE: This form must be submitted to the Superintendent within 15 days of the incident or discovery of the incident. All of the information requested above must be supplied in order to process the claim.

USE ADDITIONAL SHEETS OF PAPER WHEN NECESSARY  
WHITE - CORRECTIONAL FACILITY CLAIMS COMMITTEE    CANARY - INMATE

Exhibit C-3

CIVIL ACTION No. _____

Pursuant to 28 U.S.C. section 1746, I Hakeem Williams declare under the penalty of perjury the following is true and correct.

1. I Hakeem Williams #1161946, #828877E am confined at New Jersey State Prison on 2left cell #156.

2. On or about March 4, 2021 I complained about numerous waterbugs, cockroaches, ants and other vermin in my cell prior to me being in the cell and had got worse. I told O.F.C. L. Jovanovic who said "dont come to prison if you dont like insects". I also told O.F.C. Z. Goodwin who said "go back to africa I bet their are more bugs over there. On March 8, 2021 I told J. Akturk about the situation and she just walked away and laughed at me.

3. No exterminator sent, nothing done about the vermin and insect infestation all over my property.

sign _Hakeem Williams_
date 4-22-2021

Exhibit C-4

Civil Action No. _____

Pursuant to 28 U.S.C Section 1746 I, EWART M Guillette declare under penalty of perjury the following is true and correct.

1. I, EWART M Guillette #128139E/#998798 am confined at New Jersey State Prison, housed on 2 left cell # 60.

2. On or about 12/9/2020 Contraband was placed in my cell by O.F.C Z. Goodwin and L. Jovanovic. I was placed in disciplinary housing for 3 months.

3. On or about March 9, 2021 I was returned to the same unit but I was never given my personal property. When I inquired from O.F.C L. Jovanovic about my property he said "I will decide when and if you get your property nigger".

4. On March 13 2021 on 2nd shift O.F.C M. Doyle, I asked him in front of a Sergeant about receiving my property I asked every day since being back on the unit and O.F.C M. Doyle said

Exhibit C-5

later on while in my cell, Ofc M. Doyle said "Fuck you Nigger" for making him look like he's not doing his job in front of the Sergeant.

6. In the past on several occasions I was called names such as, monkey and gorilla, by the same named officers on the unit. I have also seen them use the same language towards other Black prisoners and Hispanics.

[signature]
03-14-2021

Exhibit G-6

FORM 253-I     STATE OF NEW JERSEY     4/10/91
DEPARTMENT OF CORRECTIONS

## ON-THE-SPOT DISCIPLINARY REPORT/ADJUDICATION

### PART 1 (To be completed by reporting staff)

Date: 3-20-21     Institution: NJSP

1. Inmate Name: Wilmn, T     Number: 697007
2. Prohibited Act#: *.151     Name: Failure to follow safety or sanitation Regulations
3. Reporting Employee: ICS J. Altvirk     Title: SCO
4. Place of Alleged Infraction: 2L cell 16     Date: 3-20-21     Time: Approx 910/1600
5. Description of Alleged Infraction: Inmate refuses to shower - refuses to keep cell clean - cell infested with bugs.
6. Witness(es) Name(s) and Number(s) (attach statements) _____

7. PROPOSED ON-THE-SPOT SANCTION:
   - ☐ Verbal Reprimand;
   - ☒ Loss of Recreation Privileges up to 5 Days  3-23-21 to 3-29-21
   - ☐ Extra Work Duty up to 4 Hours
   - ☐ Confinement to Tier Room, or Cell up to 4 Hours
   - ☐ Loss of Radio, or Televison Privileges, up to 5 Days

8. Imate has been notified of a right to a conference with the shift supervisor within 24 hours.

   Requested ____    Waived ____    Inmate's Signature: Refused

9. Report delivered to above inmate by J. Altvirk    Date 3-23-21    Time 0925 hours

Original and Copy 1: Shift supervisor
Copy 2: Inmate

---

### PART 2 - (To be completed by shift supervisor)

10. Conference held: ☐ Yes ☒ No, state reasons, for inmate's absence: Hm Refused
11. Comments of Shift Supervisor: Charge has merit.

12. Decision: ☐ Guilty    ☐ Not Guilty
13. Sanction: 5 days loss of rec
14. Shift Supervisor: _____     Date _____
15. Copy delivered to inmate by _____     Date _____

Original: Inmate's folder
Copy 1: Inmate