**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*May 26, 2021*
*Page 2*
*Office Visit*

**TREMAYNE DURHAM**
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

## Nurse Physical Exam

### General
**Comments:** Code 53 was called at 2L. INmate was lying on the floor, alert when this nurse arrived. Inmate states he lied down himself on the floor because of severe lower back spasm/pain. Inmate states he fell this morning. INmate was trasnferred to clinic for eval via wheelchair. pain level was 10/10. Inmate was assessed by Np Kusi. Inmate was admitted to infirmary, meds ordered. gave report to infirmary nurse.

### Cardiovascular System
**Skin Temperature:** Normal
**Edema:** No
**Nails:** Pink
**Righ/Left equal:** Yes

### Respiratory System
**Breathing:** Normal
**Cough:** Not Present
**Chest:** Symmetrical

### Breath Sounds
**Breath Sounds Normal:** Yes
**Pulse Ox:** 99

## Plan
**Problem/Diagnosis List**
LOW BACK PAIN < 3 MONTHS (ICD-724.2) (ICD10-M54.5)
TINEA VERSICOLOR (ICD-110.9) (ICD10-B35.9)
MYOPIA (ICD-367.1) (ICD10-H52.10)
SUI&SLF-INFLICT POISN OTH RX&MEDICINAL SBSTNC (ICD-E950.4)
FOLLICULITIS, CHRONIC (ICD-704.8) (ICD10-L73.8)
ONYCHOMYCOSIS, TOENAILS (ICD-110.1) (ICD10-B35.1)
LACTOSE INTOLERANCE (ICD-271.3) (ICD10-E73.9)

## Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

Allergies:**Orders/Referrals:**
Other Internal Referral [INRF009]
Cardiac Risk Profile (chol, T.G., HDL) ($4.50) - 221010 [221010]
CBC with Diff ($3.59) - 005009 [005009]
Comprehensive Metabolic Panel ($3.04) - 322000 [322000]
Hemoglobin A1C ($5.10) - 001453 [001453]

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*May 26, 2021*
*Page 3*
*Office Visit*

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

TSH (Serum TSH) ($5.65) - 004259 [004259]
Urine Analysis ($2.96) - 003038 [003038]
Cardiac Risk Profile (chol, T.G., HDL) ($4.50) - 221010 [221010]
Urine Analysis ($2.96) - 003038 [003038]
Musculosketal Strain/Overuse Protocol [NP022]
Other Internal Referral [INRF009]
Other Internal Referral [INRF009]
Cane [EQ007]
Cane [EQ007]
Infirmary Discharge [INRF011]
Other Internal Referral [INRF009]
Medical-Meals on Tier [S017]
Medical-Meals on Tier [S017]
Other Internal Referral [INRF009]
Other Internal Referral [INRF009]
Other Internal Referral [INRF009]
Cane [EQ007]
Other Internal Referral [INRF009]
Other On Site Order [OT010]
Infirmary Admission [INRF010]
Cane [EQ007]
Infirmary Discharge [INRF011]
Cane [EQ007]
Nursing to MD/NP-IMMEDIATE [INRF004]
Housing: Lower Bunk Only [S005]
Other Internal Referral [INRF009]
Basic Metabolic Panel - 10165 [10165]
Other Internal Referral [INRF009]
Basic Metabolic Panel - 10165 [10165]
Other Restrictions [S099]
Nursing to MD/NP-IMMEDIATE [INRF004]
Infirmary Admission [INRF010]

## Disposition:
**Disposition:** inmate to Infirmary for admission

## Orders to be Processed and/or Transcribed

]

**Electronically Signed by Xiangrong Zhou, RN on 04/14/2021 at 6:47 PM**

New Jersey State Prison-Main
Trenton, NJ
Fax:

May 26, 2021
Page 1
Office Visit

## TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

04/15/2021 - Office Visit: Dr. Infirmary Rounds 4/15/21
Provider: Robin Miller, MD
Location of Care: New Jersey State Prison-Main

### Vital Signs
Ht: **73** in. inches

### Body Mass Index in-lb
Height (in): 73

### AST to Platelet Ratio Index (APRI)
SGOT (AST): 17
Platelets: 248 THOUSAND/UL

T: **96.8** deg F. R: **16** BP: **129/79**
 Apical Pulse rate: 66 Pulse Ox: 98
Blood Pressure: 129/79 mm Hg

### Peak Flow

### Orientation Level
Oriented to time? Yes
Oriented to place? Yes
Oriented to person Yes

### Doctor Visit: subjective

### From Doctor Visit
Referral Source: infirmary
Dr Visit Chief Complaint: back pain and sapsm. not getting off of the bed.crawled on his knees to toilet/
Reason for Visit: Infirmary Visit
Mental Health High-Risk Inquiry Incident:

### Physical Exam
General appearance: well nourished, well hydrated, no acute distress

### Neck
Neck: supple, no masses, trachea midline
Thyroid: no nodules, masses, tenderness, or enlargement

### Respiratory
Respiratory effort: no intercostal retractions or use of accessory muscles
Auscultation: no rales, rhonchi, or wheezes

### Cardiovascular
Auscultation: S1, S2, no murmur, rub, or gallop

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*May 26, 2021*
*Page 2*
*Office Visit*

# TREMAYNE DURHAM
Male DOB:11/04/1974 Booking #:647007 SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**Periph. circulation:** no cyanosis, clubbing, edema, or varicosities

## Lymphatic
**Neck:** no cervical adenopathy

## Musculoskeletal
**Gait and station:** not moving much flat on back, spasms

## Skin
**Inspection:** no rashes, lesions, or ulcerations

## Mental Status Exam
**Orientation:** oriented to time, place, and person

## Assessment
**Does the patient understand the treatment plan?** Yes
**Does the patient agree with treatment plan?** Yes

Medications:

ROBAXIN-750 750 MG TABS (METHOCARBAMOL) take 1 po bid prn spasm

## Plan:
back pain acute motrin 800 tid and switch torobaxin 750 bid

## Disposition
**Disposition:** return for followup
**Return in:** 1
Day(s)

## Copay

**Medical Copay Charged:** 0
**Medication Copay Charged:** 0

## Orders to be Processed and/or Transcribed

**New or Changed Medications & Immunizations**
ROBAXIN-750 750 MG TABS (METHOCARBAMOL) take 1 po bid prn spasm

**Discontinued Medications & Immunizations**
CYCLOBENZAPRINE HCL 10 MG ORAL TABLET (CYCLOBENZAPRINE HCL) Take 1 tab po q 8 hrs prn

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

*May 26, 2021*
Page 3
Office Visit

**TREMAYNE DURHAM**
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

Electronically Signed by Robin Miller, MD on 04/15/2021 at 1:06 PM

Pursuant to 28 U.S.C. 1746 I, ROBERTO C. GRILLO declare under the penalty of perjury the following is true and correct.

I, ROBERTO C. GRILLO, SBI # 609227-C, Inmate # 1195482 am incarcerated at New Jersey State Prison I am housed on unit W-2L cell # 164

On April 14, 2021 while on 2-Left I overheard Tremuyne Durham yell out to O.F.C. L. Jovanovic and O.F.C. J. Akturk for medical assistance because he was having serious back pain.

O.F.C. L. Jovanovic and O.F.C. J. Akturk told Durham to put it on the Kiosk.

Date: June 17, 2021          Sign: _____

Exhibit D-4

DECLARATION of: EWART M. Guillette

Pursuant to 28 U.S.C. §1746 I, EWART M. Guillette declare the following is true and correct under perjury of law.

I, EWART M Guillette am incarcerated at New Jersey State Prison housed on 2 left. Cell # 118.

① On April 14th, 2021 while on 2 left I heard Tremayne Dunham scream out to O.F.C L. Jovanovic that he was having serious back pain. OFC L. Jovanovic started laughing and told him to put it on the Kiosk.

② A while later the same day I heard Tremayne Dunham scream to O.F.C Ja Attitude about having serious back pain, she laughed out loud and told him to put it on the Kiosk.

Dated: July 1, 2021

Ewart Guillette
EWART Guillette

**New Jersey State Prison-Main**
Trenton, NJ
Fax:

March 2, 2018
Page 1
Consultation Report

## TREMAYNE DURHAM
Male  DOB:11/04/1974  Booking #:647007  SBI:OS01613467
Ins: NJDOCIC (NJDOCIP)

**01/03/2018 - Consultation Report: NEUROSURGERY CONSULTATION**
**Provider: Ihuoma Nwachukwu, MD**
**Location of Care: NJ Department of Corrections**

NEUROSURGERY CONSULTATION

01/03/2018

```
RE:   TREMAYNE DURHAM
DOB:  11/04/1974
SBI#: OS01613467
Ordering Provider:  cmsnwa3
```

This inmate was evaluated at the clinic on January 3, 2018. He complained of low back pain which has been going on for many years. There are no complaints of leg pains or paresthesias.

On examination, I find no neurological impairment. There is some limited range of motion in the lumbar spine in all directions secondary to discomfort.

I personally reviewed an MRI scan of his lumbar spine and see lateral facet hypertrophy which is causing some impingement of the lumbar roots.

It is my impression that this inmate has lumbar stenosis.

My recommendation is use of nonsteroidal anti-inflammatories. He should avoid impact aerobics. Stretching exercises and flexion will be of benefit. This all may be done at physical therapy or on his own. If his symptoms do not improve, he would be a good candidate for lumbar epidural steroid injections.

Francis J. Pizzi, MD

mts/1630604/31

**Electronically Signed by Ihuoma Nwachukwu, MD on 01/07/2018 at 11:56 PM**

Case 3:21-cv-16723-MAS-TJB   Document 1-6   Filed 09/10/21   Page 9 of 13 PageID: 83

New Jersey State Prison-Main
, Trenton, NJ,

03/08/2021
Page 1 of 1
Test Form

# Test Form

**Ordering Provider:** Robin Miller, MD
**Unique Identifier:** coz6287

**Phone:**
**Fax:**

**Service Provider:** Restrictions NJDOC

**Phone:**
**Fax:**

**Patient Name:** TREMAYNE DURHAM
**Address:** NJSP-WEST-2 LEFT-FLATS-CELL 26
**Resp. Provider:**

**DOB:** 11/4/1974
**Sex:** M
**Age:** 46
**SSN:**

**SBI#** OS01613467
**Booking #** 647007

**Primary Insurance**
**Company:** NJDOCIC
**Plan:** NJDOCIP
**Group #:**
**Policy #:**
**Insured Party:**

| Code | Description |
|------|-------------|
| S099 | Other Restrictions |
|      | Auth#: |
|      | Quantity: 1 |
|      | Start Date: 3/8/2021 |
|      | Priority: Normal |
|      | Instructions: Temp/Perm:cane |
|      | Duration:365 days |
|      | Specify: |

Page: 1

| Ref# NJSP20023113 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:06/13/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Administration | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/13/2020 3:34:16 PM : ( os01613467 ) wrote
5-22-20 moved to 7up 10 tier,quarantine their were no handrails in the shower for inmates with disabilities. As a result on 5-31-20 I fell in the shower injuring myself.

Communications / Case Actions
7/7/2020 3:48:15 PM : ( Amy Emrich ) wrote
If you required assistance with the shower, you should have alerted a custody staff member. Given that your regularly assigned housing unit does not have an ADA regulation shower, there was no way for the staff to know you had any need for handrails.

Page: 1

| Ref# NJSP20025793 | Housing:NJSP-WEST-2 LEFT-FLATS-CELL 26 | Date Created:06/30/2020 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:ADA |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/30/2020 8:42:23 PM : ( os01613467 ) wrote
In regarding to NJSP20023113 I put in a inquiry which is overdue.

Communications / Case Actions
7/7/2020 4:37:02 PM : ( Amy Emrich ) wrote
A response has been sent.

7/13/2020 5:24:25 PM : ( os01613467 ) wrote
I told staff I needed help and they were aware of it.

7/28/2020 12:33:12 PM : ( Amy Emrich ) wrote
A response has been sent regarding this matter. In the future, please advise custody staff if you are having mobility issues that would require the use of handrails in the shower.

| Ref# NJSP21015278 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:04/28/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Custody | Description:General |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
4/28/2021 9:14:04 AM : ( os01613467 ) wrote
While I was on 2 left I lost sleep on various days from April 2020 to March 2021 due to large metal fans on the wall and on the floor that made excessive noise and was on perpetually even in the Fall and winter. The large fans were adjacent to the cell I was in 26. The fans were used to drown out inmates talking and to annoy. Even though I complained about it nothing was done, this was done by c.o.s L. Jovanovic, Z.Goodwin, J.Esquilan, J.Akturk.

Also while on 2 left from April 2020 to about March I have complained about ants, roaches, waterbugs,etc in my cell to c.o.'s L. Jovanovic, J. Akturk, Z. Goodwin. Due to the vermin infestation I lost sleep with insects crawling on me at night. Nothing was done until insects were visible at front of cell about to come into the hallway.

Communications / Case Actions
4/29/2021 9:30:38 AM : ( Michael Crawford ) wrote
Work orders were submitted during that time for the fans and they are utilized to cool off the unit and circulate air not to annoy one person. Unit extermination is routinely scheduled for the institution

| Ref# NJSP21015666 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:05/02/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*5/2/2021 8:02:35 AM : ( os01613467 ) wrote*
This is unacceptable I reiterate NJSP21015278 I did lose sleep on numerous days even when the large metal fans were operable by them being on caused excessive noise. They were on on extremely cold days and during the cold seasons. They were used to annoy and to drown out other noise such as inmates talking on unit, this was done regularly to me and others. When asked if it could be turned off threats and disrespectful comments were made by officers named in the previous inquiry.

Vermin,insects were all over my cell and in my property this caused me to lose sleep and stress. I complained to c.o.'s but the same above treatment was done to me as mentioned above.

## Communications / Case Actions
*5/21/2021 1:27:34 PM : ( Craig Sears ) wrote*
Work orders were submitted during that time for the fans and they are utilized to cool off the unit and more over to circulate the air, not to annoy one person. Unit extermination is routinely scheduled for the institution.

*5/21/2021 5:19:22 PM : ( os01613467 ) wrote*
I reiterate the same statements in previous inquiry NJSP21015278 and recent grievance. Fans were being used by correctional staff to annoy and block out other inmates speaking, and not for their intended purpose. Furthermore the fans are excessively loud exacerbating already existing noise which has caused me to lose sleep on numerous days.
Extermination was not ordered when I requested it on various dates this exacerbated the vermin/insect infestation in my cell .
These incidents occured while I was on 2 left.

*6/2/2021 1:13:16 PM : ( Amy Emrich ) wrote*
Extermination services are here for service multiple times a week to address any concerns for vermin/insects. Additionally, the use of fans will continue to be utilized to assist with circulation of air and to cool off the units.