| Ref# NJSP21016090 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:05/05/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Custody | Description:General |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
5/5/2021 9:15:25 AM : ( os01613467 ) wrote
From about 4-9-2020 to March while on 2 left I was retaliated against for filing grievances and complaints by c.o.'sL. Jocanovic, Goodwin, Akturk, Esquilan. Windows were left open when temperatures were extremely cold with the heat turned off. Many days I could not read and do my legal work. When I complained I received racial slurs and racially discriminatory treatment and harassment.
   From May 10,2020, July 24,2020, October 23,2020, August 28 2020 my cell was ransacked by c.o. Z. Goodwin. February10,2021 c.o. Akturk ransacked my cell both officers destroyed legal papers and property.
   c.o. L. Jovanovic on 3-16-2021 refused to let me go to my medical pass at 8:45. 3-24-2021 appx 8:30am Jovanovic refused to process my legal mail by signing it this happened more than once. From September 2020 for over 7 months I was denied access to the kiosk byJovanovic.
   April 7,2021 toilet was broken and wouldnt flush on 4-8-2021 I told co Akturk about urine and feces overflowing.

Communications / Case Actions
5/6/2021 12:26:37 PM : ( Jason Holder ) wrote
I will speak to the officers and find out about the issues you stated. I don know about the missing kiosk time, alot of this was before i was assigned to the area. Im assuming since you filed a JPAY grievance you have access to the kiosk. The officers are expected to follow the rules and regulations of the institution and if there are any issues the best thing to do it to let me know immediately. I am available daily on the wing. If your toilet is broken we will submit a work order to have it fixed.

| Ref# NJSP21016395 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:05/07/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form

5/7/2021 10:05:40 AM : ( os01613467 ) wrote
I reiterate statements in NJSP21016090 the treatment was unacceptable from about 4-9-2020 to March I was retaliated against for filing grievances and complaints by c.o.'s on 1st shift Jocanovic, Goodwin, Akturk, and on 2nd shift Esquilan. Racial slurs and racially discriminatory treatment, harassment was used when I complained about the window being open during extreme cold temperatures with the heat off, it inhibited my ability to read and do legal work.
2. c.o. Goodwin ransacked my cell when he searched it from May to October 2020, co Akturk did the same on 2-20-2021; my property was destroyed along with legal papers that were clearly marked.
3. Kiosk time was denied by c.o. Jovanovic while I was on 2 left for over 7 months September 2020 on.
4. c.o. J Akturk and Jocanovic refused to put work order in for broken toilet after they were made aware it was overflowing with feces and urine I had to live with this for days in 26 cell while on 2 left.

Communications / Case Actions

5/8/2021 7:07:37 AM : ( Michael Crawford ) wrote
The Officers refute your claims and we are not going to keep going back and forth on a he said/she said, if you have any missing or damaged property feel free to file a lost or damaged property claim form, and since this time you have since been moved off this unit so please do not keep just reiterating the same point

5/9/2021 10:07:37 AM : ( os01613467 ) wrote
I repeat the same statements from NJSP21016090 for exhaustion to find relief in the court.

5/18/2021 11:15:05 AM : ( Craig Sears ) wrote
Your final claim is noted for the record. The Lieutenants answer is valid.