| Ref# NJSP21016949 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:05/11/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Custody | Description:Housing Unit Issues |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
5/11/2021 6:42:32 PM : ( os01613467 ) wrote
On April 14,2021 while in infirmary overflow I was told by c.o. K. Kukowski I would like my lights turned off he told me this is unit A lights stay on 24/7. I also asked for my property, hygiene items such as toothpaste, toothbrush, soap etc from c.o. Kukowski I was told you will only be here temporarily. I asked for access to the telephone, kiosk, shower, and why cell was extremely filthy with feces crusted inside of toilet along with feces from adjacent cell (ping pong toilet) that had extremely strong odor of feces and the sight of feces in the toilet regularly I was told all the cells are like this and you will be leaving soon. I was not given any inquiry/grievance forms any any writing materials.

Communications / Case Actions
5/27/2021 2:02:42 PM : ( Amy Emrich ) wrote
You were temporarily housed in the medical overflow unit on a temporary basis. Basic toiletry items were provided to you pending your return to your assigned housing unit.

| Ref# NJSP21020757 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:06/10/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
6/10/2021 6:27:48 PM : ( os01613467 ) wrote
NJSP21016949 is reiterated the issues were not addressed ;I was told by c.o. K. K...ski ;that my lights had to be on 24/7 I lost sleep because of this policy, I also had to smell feces from ping pong toilet, the toilet was crusted with feces and wasnt cleaned, the cell was dirty, I was never given my property even though I requested it to get hygiene items etc. I wasnt allowed to use phone,kiosk or shower. And I wasnt given hygiene items, when I inquired I was told this is only temporary this is unacceptable.

Communications / Case Actions
6/10/2021 6:27:48 PM : ( os01613467 ) wrote
Form has been submitted

6/11/2021 4:43:52 PM : ( FATHOM BORG ) wrote
An Area Supervisor will be there to see you today.

6/11/2021 4:43:59 PM : ( FATHOM BORG ) wrote
Closed inmate form

6/24/2021 3:01:05 PM : ( os01613467 ) wrote
Case Appealed.

6/24/2021 3:01:05 PM : ( os01613467 ) wrote
I reiterate the same previous statements, I was on the infirmiary overflow unit. While thereI told c.o. K. K....ski I wanted my lights off he told me per policy they stay on 24/7 I lost sleep because of this. The cell also was dirty with feces crusted inside of toilet, and ping pong toilet(feces was constantly inside of the toilet) from adjacent cell. I wasnt allowed to use the phone, kiosk, or shower, I wasnt given basic hygiene items such as toothpaste, toothbrush etc, I wasn't given my property. When I inquired about the issues and items I was told this is only temporary from same c.o. named previously. This is being addressed in hopes this treatment could be avoided in the future.

6/30/2021 4:14:05 PM : ( Jeffrey Crothers ) wrote
I sent a supervisor, Sgt. Rodriguez. This was handled.
Ty,

6/30/2021 4:14:10 PM : ( Jeffrey Crothers ) wrote
Closed appealed incarcerated individual form

Admin Notes
6/24/2021 1:04:08 PM : ( Kelly Greer ) wrote
Copy provided per inmate request.

Admin Log
6/11/2021 3:31:48 PM : ( FATHOM BORG ) wrote
Form was viewed by FATHOM BORG and the status was changed to Pending.

6/11/2021 3:32:56 PM : ( FATHOM BORG ) wrote
Assigned To Crothers, Jeffrey.

6/11/2021 4:43:53 PM : ( FATHOM BORG ) wrote
Responded to inmate

6/24/2021 1:04:08 PM : ( Kelly Greer ) wrote
New entry into admin log

6/30/2021 4:14:05 PM : ( Jeffrey Crothers ) wrote
Responded to incarcerated individual

Manual Fill-In