| Ref# NJSP21014394 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:04/21/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Inquiry | Subject:Custody | Description:Housing Unit Issues |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*4/21/2021 10:41:33 AM : ( os01613467 ) wrote*
On 4-14-2021 while in my cell I was having serious back pain I told O.F.C. L. Jovanovic I was having serious back pain and I needed medical help he ordered me to put it on the kiosk, I wasnt allowed to use the kiosk at that time by him so I asked O.F.C. J. Akturk she said wait until later and put it on the kiosk, I never was given access to the kiosk first shift. Later that morning while still in serious back pain I fell in water contamintated with feces and urine. Later that afternoon while still in serious back pain I was allowed to come out on second shift on my way to the kiosk I fell to the floor this caused me pain.

## Communications / Case Actions
*4/27/2021 11:46:23 AM : ( Michael Crawford ) wrote*
On 4/27/21 Sgt. J. Holder investigated this grievance and found the following:
After speaking with I/M Durham, he repeated the claims that he had made in the previous JPAY. He indicated that he asked SCPO Jovanovic and SCPO Akturk for medical assistance because of back pain and he was told to write it up on the kiosk. He also told me that both SPCO Jovanovic and Akturk denied him access to the kiosk and that he had fallen on the tier at some point during 1st shift. SCPO Jovanovic reported that at no time did I/M Durham ask for medical assistance during the shift and that he was never denied access to the kiosk. Also he has no knowledge of I/M Durham falling to the ground. SCPO Akturk informed me that she was not at work on 4/14 and I checked the logbook and discovered that SCPO Christensen was assigned to the post that day.
I inspected the log book for the day and there was a Code 53 called at approx 440 on 2nd shift that may be related to any possible fall by I/M Durham. the investigation shows that the only undisputable fact is that a Code 53 was called for inmate Durham on second shift of the day in question. The inmates claim that he reported the incident to 1st shift is found to have no merit.

| Ref# NJSP21015293 | Housing:NJSP-WEST-1 RIGHT-FLATS-CELL 05 | Date Created:04/28/2021 |
|---|---|---|
| ID#: OS01613467 | Name:DURHAM,TREMAYNE | |
| Form:Grievance | Subject:Administration | Description:Other |
| Urgent:No | Time left:n/a | Status:Closed |

Original Form
4/28/2021 9:59:07 AM : ( os01613467 ) wrote
I reiterate NJSP21014394 I use a cane and take pain medication for my serious back condition. Their were no handrails in cell or on unit where I fell. I did alert officers on first shift but was denied access to medical help and the kiosk. I fell in my cell in water that had feces and urine due to a broken toilet c.o. L. Jovanovic and J. Akturk didnt put in work order for. I had serious back pain that went down to my legs and I fell this caused me pain I fell once in my cell and once on 2nd shift out side of my cell.

Communications / Case Actions
4/30/2021 1:34:31 PM : ( Craig Sears ) wrote
Sgt Holder responded to this matter already and reported to you his findings.

5/2/2021 7:52:00 AM : ( os01613467 ) wrote
This is unacceptable I reiterate NJSP21014394 their were no handrails in my cell or on the unit where I fell twice hurting myself due to first shift officers not allowing me to get medical assistance, this caused me pain and suffering. Supervisors should not aquiesce to the improper behavior of subordinates by covering for them.

5/4/2021 3:36:07 PM : ( Jonathan Gramp ) wrote
Medical has been advised and your case is being reviewed for alternate housing if appropriate. However, it is also noted that on the day in question that you fell, the Officers did render aid and medical responded to render additional medical aide as appropriate.